# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WESLIE MARTIN,

        Plaintiff,

vs.

LONA, *et al.*,

        Defendants.

2:18-cv-02426-RFB-VCF

**ORDER**

    Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the Inmate Early Mediation Conference set for April 3, 2020, at 11:15 a.m. is VACATED. It will be reset approximately 60 days out from the vacated conference date. A supplemental order will issue resetting the Conference. The Court extends the stay through the date of the new Conference.

    DATED this 18th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE