# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESLIE MARTIN,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LONA, *et al*.,<br><br>　　　　　　　　　Defendants, | Case No. 2:18-cv-02426-RFB-VCF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants Dubree; Warden, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

　　　**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Dubree; Warden.

　　　DATED this 25th day of June, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**