UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESLIE MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>LONA, *et al*,<br><br>        Defendants. | Case No. 2:18-cv-02426-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE WESLIE MARTIN, #1157084** |

TO:   WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **WESLIE MARTIN, #1157084**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **WESLIE MARTIN, #1157084,** on or about Monday, November 29, 2021, at the hour of 9:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **WESLIE MARTIN, #1157084**, is released and discharged by the said Court; and that **WESLIE MARTIN, #1157084**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 22nd day of November, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**