AARON D. FORD
 Attorney General
DAWN R. JENSEN (Bar No. 10933)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendant Efrain Lona*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WESLIE MARTIN, | Case No. 2:18-cv-02426-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO EXTEND THE DEADLINE TO FILE THE PROPOSED SCHEDULING ORDER** |
| THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Defendant Efrain Lona, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, hereby requests this Court extend the deadline for Defendant to file a proposed scheduling Order from December 20, 2021, to December 27, 2021.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    BACKGROUND**

On November 29, 2021, the court held a hearing on Plaintiff's Motion for Reconsideration, Plaintiff's Motion for Summary Judgment, and Motion for Clerk's Default. At the hearing, after discussing the status of discovery, the court ordered the parties to meet and confer to develop a new proposed scheduling order. ECF No. 82. The proposed scheduling order was due to the court by December 20, 2021. *Id.* The court also ordered that Plaintiff be provided, to his cell, a paper copy of all medical records by December 10, 2021. *Id.*

On December 10, 2021, the Office of the Attorney General (OAG) submitted a request to Ely State Prison for a call with Plaintiff. Recently, the OAG received confirmation that the call is scheduled for December 22, 2021.

Plaintiff was provided all medical records to his cell on December 14, 2021.

Defendant files this Motion requesting a seven (7) day extension, or until December 27, 2021, to file the Proposed Scheduling Order after the parties can meet and confer.

## II.   LEGAL ARGUMENT

Under Federal Rules of Civil Procedure Rule 6(b): Extending Time,

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

FRCP 6(b).

Here, there is good cause to extend the time for Defendant to respond. As detailed above, the Defendant requested a call with Plaintiff to meet and confer but the scheduled call to Plaintiff was set further out than expected. Plaintiff was provided his medical records on December 14, 2021. Therefore, the case is proceeding and Plaintiff will have time to review this information prior to discussing new deadlines for a Proposed Scheduling Order. Once the parties are able to confer, it is expected that they will be able to reach agreement regarding the new deadlines and will likely submit a Joint Proposed Scheduling Order. Furthermore, since the call will occur during the holiday week, it is likely there may be additional staff shortages and early closures. Therefore, Defendant requests to have an additional seven (7) days, or until December 27, 2021, to file the Proposed Scheduling Order. Plaintiff will not be prejudiced by this request and no other deadlines would be affected by this request.

///

///

### III.  CONCLUSION

Good cause exists for granting the extension. Defendant respectfully requests seven days (7) days or until December 27, 2021, to file a Proposed Scheduling Order.

DATED this 20th day of December, 2021.

                          AARON D. FORD
                          Attorney General

                          By: /s/ Dawn R. Jensen
                          DAWN R. JENSEN (Bar No. 10933)
                          Deputy Attorney General

                          *Attorneys for Defendant*

**IT IS SO ORDERED**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:  December 21, 2021**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 20, 2021, I electronically filed the foregoing **MOTION TO EXTEND THE DEADLINE TO FILE THE PROPOSED SCHEDULING ORDER** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

>Weslie Martin, #1157084
>Ely State Prison
>P.O. Box 1989
>Ely, Nevada 89301
>Email: ESP_LawLibrary@doc.nv.gov
>*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General