**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WESLIE MARTIN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LONA, *et al.*,<br><br>                    Defendants, | Case No. 2:18-cv-02426-RFB-VCF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant William Wharton, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant William Wharton.

DATED this 4th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**