UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WESLIE MARTIN,

    Plaintiff,

v.

THE STATE OF NEVADA, , *et al*,

    Defendants.

Case No. 2:18-cv-02426-RFB-VCF

**ORDER TO PRODUCE FOR A VIDEOCONFERENCE APPEARANCE FOR WESLIE MARTIN, #1157084**

TO:    BILL GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **WESLIE MARTIN, #1157084**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **WESLIE MARTIN, #1157084,** on or about, February 7, 2023 at the hour of 9:00 AM by videoconference for a motion hearing by zoomgov technology and arrange for his appearance on said date as ordered and directed by the Court entitled above, until W**ESLIE MARTIN, #1157084**, is released and discharged by the said Court; and that **WESLIE MARTIN, #1157084,** shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this **24**th day of January, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**