Travis N. Barrick, SBN 9257
TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com

Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
LAWRENCE & LAWRENCE LAW, PLLC
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WESLIE MARTIN,

        Plaintiff,

  v.

LONA, *et al.*,

        Defendants.

Case No.: 2:18-cv-02426-RFB-MDC

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff DENZEL HOSEA MARTIN ("Denzel Martin"), as Special Administrator of the Estate of Weslie Hosea Martin, Deceased, by and through his attorneys of the law firms of TRAVIS N. BARRICK, PC and LAWRENCE & LAWRENCE LAW, PLLC, and Defendants, by and through the OFFICE OF THE ATTORNEY GENERAL, Leo T. Hendges, Senior Deputy Attorney General, hereby submit this Stipulation and Order to Dismiss with Prejudice.



IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that the above-entitled action and all claims against Defendants be dismissed with prejudice and the matter closed, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 17th day of February 2026.

**OFFICE OF THE ATTORNEY GENERAL**

/s/ Leo T. Hendges
Leo T. Hendges,
    Senior Deputy Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
Telephone: 702-486-3795
Facsimile: 702-486-3768
Email: lhendges@ag.nv.gov
*Attorneys for Defendant Efrain Lona*

DATED this 17th day of February 2026.

**LAWRENCE & LAWRENCE LAW, PLLC**



Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

Travis N. Barrick, SBN 9257
TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**
DATED: 02/18/2026

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.℠



LAW TO THE
HIGHER POWER